FILED

2021 MAY 20 PM 12: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br>v.<br><br>PERLA GARCIA-LEON<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR-20-297-1F<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

**21MJ02502**

The above-named defendant was charged by: **WARRANT**
in the **WESTERN** District of **OKLAHOMA** on **NOV. 3, 2020**
at **5:14** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title **21** U.S.C., Section(s) **846 & 853**
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **5/20/21**
             Date

_____          **T. STOVALL**
Signature of Agent                Print Name of Agent

**U.S. MARSHALS**                 **DEPUTY U.S. MARSHAL**
Agency                            Title