Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

Filed
~~LODGED~~

2021 MAY 20 PM 12: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

Perla Garcia Leon
USMS# 46095-509
DEFENDANT

CASE NUMBER: CR-20-297-F

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

21MJ02502

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 5/19/21 at 1400 ☐ AM ☒ PM
   or
   The defendant was arrested in the CENTRAL District of CALIFORNIA on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 846 & 853 DRUG CONSPIRACY

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: SPANISH

7. Year of Birth: 1985

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ___

11. Name: T. STOVALL   (please print)

12. Office Phone Number: 213-620-7676   13. Agency: USMS

14. Signature: ___   15. Date: 5/20/21

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION